379 A.2d 598

Commonwealth v. McPherson, Appellant.

Submitted June

28, 1976. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.